1  McGREGOR W. SCOTT
   United States Attorney
2  MARLON COBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone:  (559) 497-4000

5

6

7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
8
                        EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,           ) 1:08-cr-00226 LJO
11                                     )
                 Plaintiff,            )
12                                     )
       v.                              ) ORDER
13                                     )
                                       )
14 ADAN CRUZ,                          )
                                       )
15               Defendant.            )
   _____)
16

17      Having read and considered the parties' stipulation to
18 continue the current status conference date of October 10, 2008,
19 at 9:00 a.m. to November 7, 2008, at 9:00 a.m. in this matter,
20 The Court notes that the facts that would justify good cause are
21 wholly absent.  Specifically, the reasons which are stated saying
22 that progress hasn't been accomplished, don't explain WHY they
23 haven't been accomplished in the time already given.  However,
24 this Court will grant the request now, but in future cases, needs
25 a thorough explanation so the Court can determine whether or not
26 good cause exists.
27      IT IS THE ORDER OF THE COURT THAT, the current status
28 conference date is hereby continued to November 7, 2008, at 9:00

                                    1

a.m.

   IT IS FURTHER ORDERED THAT, time be excluded to and through November 7, 2008 in order to (1) permit the government and defense counsel to engage in further plea disposition negotiations; and (2) for the defense to adequately prepare for the hearing in this case following the government's current plea offer, in that the ends of justice served by a continuance "outweigh the best interests of the public and the defendant in a speedy trial."  See 18 U.S.C. § 3161(h)(8).

IT IS SO ORDERED.

**Dated:    October 8, 2008**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE